**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Susan J. Kovacs aka Susan J. Harper<br>Patrick A. Kovacs<br><u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 21-20941 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon f/k/a The Bank of New York, as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2004-C and index same on the master mailing list.

                  Respectfully submitted,

                  /s/ *Maria D. Miksich*
                  Maria Miksich
                  28 Apr 2021, 09:52:59, EDT

                  Brian C. Nicholas, Esq. (317240) ☐
                  Maria D. Miksich, Esq. (319383) ☑
                  Rebecca A. Solarz, Esq. (315936) ☐
                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106
                  412-430-3594
                  bkgroup@kmllawgroup.com