**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>PATRICK A. KOVACS<br>SUSAN J. KOVACS<br><br>　　　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>　　　　　vs.　Movant<br>BELLEVUE BOROUGH (EIT)<br><br>　　　　Respondents | Case No. 21-20941JAD<br><br>Chapter 13<br><br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

RECEIVED A REFUND STATING THE PER CAPITA TAX WAS PAID IN FULL, HOWREVER, TO DATE THE TRUSTEE HAS ONLY MADE PAMENT ON THE EARNED INCOME TAX.

| | |
|---|---|
| BELLEVUE BOROUGH (EIT)<br>C/O KEYSTONE MUNIC CLLCTNS - DLNQ YRS<br>546 WENDEL RD<br>IRWIN, PA 15642 | Court claim# /Trustee CID# 7 |

The Movant further certifies that on 03/29/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
　　original creditor
　　putative creditor
　　counsel for debtor(s)
　　counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>PATRICK A. KOVACS, SUSAN J. KOVACS, 623 E. WATERFRONT DRIVE, APT. 6102, HOMESTEAD, PA  15120 | DEBTOR'S COUNSEL:<br>RODNEY D SHEPHERD ESQ, 2030 STILLWATER LANE, MCDONALD, PA  15057 |
| ORIGINAL CREDITOR:<br>BELLEVUE BOROUGH (EIT), C/O KEYSTONE MUNIC CLLCTNS - DLNQ YRS, 546 WENDEL RD, IRWIN, PA  15642 | |
| NEW CREDITOR: | |