**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| PATRICK A. KOVACS | Case No. 21-20941JAD |
| SUSAN J. KOVACS | |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| NORTHGATE SD (BELLEVUE) (PERCAPITA) | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

PAYMENT RETURNED STATING PER CAPITA PAID IN FULL. NO DITRIBUTION WAS MADE ON THE PER CAPITAL TAX YET.

NORTHGATE SD (BELLEVUE) (PERCAPITA)         Court claim# 11/Trustee CID# 8
C/O KEYSTONE COLLECTIONS GRP - DLNQ
CLLCTR
546 WENDEL RD
IRWIN, PA 15642

The Movant further certifies that on 03/29/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>PATRICK A. KOVACS, SUSAN J. KOVACS, 623 E. WATERFRONT DRIVE, APT. 6102, HOMESTEAD, PA  15120<br><br>ORIGINAL CREDITOR:<br>NORTHGATE SD (BELLEVUE) (PERCAPITA), C/O KEYSTONE COLLECTIONS GRP - DLNQ CLLCTR, 546 WENDEL RD, IRWIN, PA  15642<br><br>NEW CREDITOR: | DEBTOR'S COUNSEL:<br>RODNEY D SHEPHERD ESQ, 2030 STILLWATER LANE, MCDONALD, PA  15057 |